IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

I.C. ELECTRIC, INC.,
      *Debtor*

:   Case Number 23-10414-JCM
:   Chapter 11, Subchapter V
:
:   Document No. 117
:   (Small Business)

## ORDER CONFIRMING SUBCHAPTER V
## CHAPTER 11 SMALL BUSINESS DEBTOR PLAN

*AND NOW*, this **27th** day of ***June***, **2024,** the Debtor's ***Small Business Debtor's Plan of Reorganization Dated as of January 10, 2024*** ("Plan") filed at Doc. No. 117 pursuant to Subchapter V of Chapter 11 of the *United States Bankruptcy Code*, having been transmitted to all Parties in Interest including all creditors and equity security holders, and it having been determined that the requirements for confirmation of the *Plan* under 11 U.S.C. §§ 1129 & 1191 are satisfied and all objections filed, if any, having been resolved or withdrawn, and after notice and hearing,

It is hereby **ORDERED, ADJUDGED and DECREED** that the *Plan* filed by the Debtor, including any stipulations or other amendments finally approved by the Court at or prior to the Confirmation Hearing, which are incorporated by reference into the *Plan* as if fully set forth therein, is **CONFIRMED** as a consensual plan in accordance with 11 U.S.C. § 1191(a)**.**

SIGNED
6/27/24 4:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ jlm
John C. Melaragno, Judge
United States Bankruptcy Court